HABERLAND, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Katerina Haberland against the City of New York, impleaded with others. W. E. C. Mayer, of Brooklyn, for appellant. T. J. O'Neill, of New York City, for respondent. No opinion. Judgments and orders reversed, and new trial ordered, costs to appellant to abide event, on the ground that the finding of negligence on the part of the city

was against the weight of evidence. Settle orders on notice.